**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 26-1090**

_____

JESSICA ROUSH,

        Plaintiff - Appellant,

    v.

CHIEF THOMAS MITCHELL, in his individual and official capacity; SERGEANT JOE CROW, in his individual and official capacity; OFFICER ANTHONY WHITE, in his individual and official capacity; CITY MANAGER RICK HEALY, in his official and individual capacity,

        Defendants – Appellees,

    and

CITY OF MOUNDSVILLE; MOUNDSVILLE POLICE DEPARTMENT,

        Defendants.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:25-cv-00166-JPB-JPM)

_____

Submitted:  June 18, 2026                                         Decided:  June 24, 2026

_____

Before GREGORY and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jessica Roush, Appellant Pro Se.  Thomas E. Buck, Benjamin Paul Visnic, BAILEY & WYANT PLLC, Wheeling, West Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jessica Roush appeals the district court's order granting Defendants' motion to dismiss her second amended 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. As stated by the district court, Roush failed to meet the requisite pleading standards for each of her claims despite the district court affording her multiple opportunities to supplement and revise her claims. Moreover, Roush's informal brief fails to adequately challenge this determination and asserts various facts and allegations not presented before the district court. Accordingly, we affirm the district court's order. *Roush v. Mitchell*, No. 5:25-cv-00166-JPB-JPM (N.D. W. Va. Dec. 29, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*